# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DENNIS SPITLER, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BALDWIN RISK PARTNERS, LLC,<br><br>*Defendant*. | No. 8:23-cv-01116-SDM-CPT<br><br>**CLASS ACTION** |

## NOTICE OF SETTLEMENT

Plaintiff Spitler hereby notifies the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Stipulation of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Stipulation of Dismissal.

Dated: January 18, 2024        Respectfully submitted,

/s/ *Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133

                           Telephone: (305) 469-5881
                     *Counsel for Plaintiff and the putative Classes*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                            */s/ Avi R. Kaufman*